IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAITO FOODS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO.: 4:18-cv-00535-NCC |
| F2F, LLC d/b/a St. Louis Food HUB and d/b/a Fields Foods | ) |
| and | ) |
| CHRISTOPHER GOODSON | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Now come Plaintiff Caito Foods, LLC and Defendants F2F, LLC d/b/a St. Louis Food HUB and d/b/a Fields Foods and Christopher Goodson, by and through their respective counsel of record, and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that all causes of action in the Complaint may be and here are dismissed without prejudice, with each party bearing its own fees and costs other than those fees and costs addressed in the Settlement Agreement. Additionally, the parties stipulate and agree that any failure to abide by the Settlement Agreement allows Plaintiff the ability to reopen this case on motion for the purpose of filing executed Confessions of Judgment.

Respectfully Submitted,

*s/ Eric M. Kyser*
ERIC M. KYSER
  OH Bar ID No.: 0093927
MARTYN AND ASSOCIATES
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
Telephone: (216) 861-4700
Facsimile: (216) 861-4703
Email: ekyser@martynlawfirm.com
Attorney for Plaintiff: Caito Foods, LLC

*s/ John J. Coatar (with permission)*
JOHN J. COATAR, #65511MO
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone: (314) 863-7733
Facsimile: (314) 682-4656
Email: jcoatar@spencerfane.com
Attorneys for Defendants: F2F, LLC d/b/a Fields Foods and Christopher Goodson

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Stipulation for Dismissal Without Prejudice was electronically filed and served to all registered counsel of record through the Court's ECF system this 19th day of February 2019.

                                           *s/ Eric M. Kyser*
                                           Attorney for Plaintiff: Caito Foods, LLC